IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ALFRED DAVIS HICKS**                                                                                          **PETITIONER**

**VS.**                                                                              **CIVIL ACTION NO. 4:04CV84LS**

**MICHAEL A. WILSON, CHRISTOPHER**
**EPPS and JIM HOOD**                                                                                     **RESPONDENTS**

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 13, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 14th day of August, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE